**Order filed September 29, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00321-CV**

_____

**KRISTIN McKAMEY, Appellant**

**V.**

**ANTHONY D. HICKS, Appellee**

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2010-75466**

## O R D E R

Appellant's brief was due **August 29, 2011.** No brief or motion for extension of time has been filed.

Unless appellant submits her brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **October 31, 2011**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM